UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

Freuny Andres Parra Payano,

    *Plaintiff*,

v.

8630 103RD LLC et al.,

    *Defendants*.

No. 25-cv-12799 (MEF)

<u>ORDER</u>

\* \* \*

The Plaintiff has filed a renewed motion for default judgment. <u>See</u> Renewed Motion for Default Judgment ("Motion") (ECF-9). The motion is denied without prejudice.

A plaintiff seeking a default judgment must first request the Clerk of Court to "enter the party's default." Fed. R. Civ. P. 55(a); <u>see</u> <u>Handle</u> v. <u>Postmaster Gen., U.S. Postal Serv.</u>, 806 F. App'x 95, 98 (3d Cir. 2020); <u>Nationwide Mut. Ins. Co.</u> v. <u>Starlight Ballroom Dance Club, Inc.</u>, 175 F. App'x 519, 521 n.1 (3d Cir. 2006); <u>Limehouse</u> v. <u>Delaware</u>, 144 F. App'x 921, 923 (3d Cir. 2005); <u>Mickell</u> v. <u>Geroulo</u>, 2021 WL 5054352, at \*1 n.2 (3d Cir. Nov. 1, 2021); <u>Sourcecorp Inc.</u> v. <u>Croney</u>, 412 F. App'x 455, 458 (3d Cir. 2011).

The Motion asserts the "Clerk has entered default under Rule 55(a)." Motion at 1. But no such entry of default is on the docket.

The Clerk of the Court shall serve a copy of this Order upon the Plaintiff by regular United States mail.

IT IS on this 29th day of September, 2025, so ORDERED.

                                                       Michael E. Farbiarz, U.S.D.J.